# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOEL PAUL LAROUSSE, *individually and as next friend of minor JDL, et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 18-0080-CG-N ) |
| EDWARD LEE HAMMOND, JR., *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 24) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated April 10, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Plaintiffs' motion to remand (Doc. 4) is **DENIED**.

**DONE and ORDERED** this 25th day of April, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE